

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Thomas G. Bruton
CLERK

312-435-5670

December 21, 2016

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Bell v. Dart et al
USDC No: 16-cv-10101

Circuit Court No: 2016 L 9446

Dear Clerk:

A certified copy of an order entered on 12/20/16 by the Honorable Matthew F. Kennelly
, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ T. Torres
            Deputy Clerk